1  John S. Baker (SBN 144073)
   baker.john@dorsey.com
2  Bryan M. McGarry (SBN 258156)
   mcgarry.bryan@dorsey.com
3  **DORSEY & WHITNEY LLP**
   600 Anton Boulevard, Suite 2000
4  Costa Mesa, CA 92626-7655
   Telephone: (714) 800-1400
5  Facsimile: (714) 800-1499

6  Susan Progoff (*Pro Hac Vice to be submitted*)
   progoff.susan@dorsey.com
7  Fara S. Sunderji (*Pro Hac Vice to be submitted)*
   sunderji.fara@dorsey.com
8  **DORSEY & WHITNEY LLP**
   51 W. 52nd Street
9  New York, New York 10019-6119
   Telephone: (212) 415-9200
10 Facsimile: (212) 953-7201

11 Attorneys for Plaintiff and Cross-
   Defendant State Narrow Fabrics, Inc.
12 and Cross-Defendants Alvin
   Lebensfeld and Ronald Levine

13

14                **UNITED STATES DISTRICT COURT**

15            **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| 16 STATE NARROW FABRICS, INC., a New York corporation, | CASE NO: **2:16-CV-04252-MWF-RAO** |
| 17    PLAINTIFF, | District Judge / Magistrate Judge<br>Michael W. Fitzgerald / Rozella A. Oliver |
| 18    v. | Ctrm 1600/16th Fl / Ctrm F/9th Fl |
| 19 GARY FISHER, a California resident; and STATE - FLEX, LLC, a California limited liability company; | **CROSS-DEFENDANTS ALVIN LEBENSFELD AND RONALD LEVINE'S NOTICE OF MOTION AND MOTION TO DISMISS** |
| 20 | |
| 21    DEFENDANTS. | [*Concurrently Filed Herewith Memorandum of Points & Authorities; Lebensfeld Declaration; Levine Declaration and [Proposed] Order*] |
| 22 | |
| 23 | |
| 24 | **HEARING**<br>Date:  October 31, 2016 |
| 25 | Time:  10:00 a.m.<br>Ctrm:  1600, 16th Floor |
| 26 | |
| 27 AND RELATED CROSS-COMPLAINT. | Action Filed:  June 14, 2016<br>Cross Action Filed:  August 22, 2016<br>Trial Date:  None Set |
| 28 | |

**TO THE COURT, THE PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on October 31, 2016 at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Michael W. Fitzgerald in Courtroom 1600 of the above-captioned court, located at 312 North Spring Street, Los Angeles, California 90012, Cross-Defendants Alvin (Al) Lebensfeld ("Lebensfeld") and Ronald (Ron) Levine ("Levine"), will, and hereby do, move this Court for an order pursuant to Federal Rule of Civil Procedure 12(b)(2) dismissing Gary Fisher's ("Fisher") Cross-Complaint against them.

Pursuant to Federal Rule of Civil Procedure 12(b)(2), the Court lacks personal jurisdiction over the individual defendants Lebensfeld and Levine because neither defendant has the requisite minimum contacts with the forum state of California.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on September 26, 2016.

The motion is based on this Notice of Motion, the Memorandum of Points and Authorities in Support, the Declarations of Alvin Lebensfeld and Ronald Levine, all the papers, pleadings and records on file herein, and on such other matters as may properly come before the Court at oral argument or otherwise.

DATED: October 3, 2016           DORSEY & WHITNEY LLP

By  */s/ Bryan M. McGarry*
    Bryan M. McGarry
    Susan Progoff
    Fara Sunderji
    John S. Baker
    DORSEY & WHITNEY LLP

    Attorneys for Plaintiff and Cross-Defendant
    State Narrow Fabrics, Inc. and
    Cross-Defendants Alvin Lebensfeld and
    Ronald Levine