**JS-6**



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STATE NARROW FABRICS, INC., a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GARY FISHER, a California resident; and STATE - FLEX, LLC, a California limited liability company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS | CASE NO: **2:16-CV-04252-MWF-RAO**<br><br>District Judge           Magistrate Judge<br>Michael W. Fitzgerald   Rozella A. Oliver<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Action Filed:   June 14, 2016<br>Trial Date:       August 29, 2016 |

# **ORDER**

The Court having considered the Stipulation to Dismiss Entire Action with Prejudice, and pursuant to Federal Rule of Civil Procedure 41, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

This action is dismissed *with prejudice*, in its entirety, pursuant to stipulation to dismiss filed by the Parties, and pursuant to Federal Rule of Civil Procedure 41(a)(2). Each party shall bear its own costs and attorney fees.

**IT IS SO ORDERED.**

DATED: December 27, 2016  _____
Honorable Michael W. Fitzgerald
United States District Judge